UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAVID HARRIMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-08-122-B-W |
| | ) | |
| HANCOCK COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 31, 2009 her Recommended Decision (Docket # 52). Plaintiff filed his objections to the Recommended Decision on April 9, 2009 (Docket # 54) and the Defendants filed their response to those objections on April 27, 2009 (Docket # 55). The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and has made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. The Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (Docket # 52) is hereby AFFIRMED;

2. It is further ORDERED that the Motion for Summary Judgment (Docket # 35) be and hereby is GRANTED as to all of Harriman's claims against Defendants Hancock County, William Clark, Ryan Haines, Heather Sullivan, Michael Pileski, Karen McCarty, and Troy Richardson.

SO ORDERED.

/s/ John A. Woodcock, Jr.d
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2009